UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIORINO SHIPPING, S.r.L., a foreign corporation,<br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>GLOBAL TRANSPORTATION SERVICES, INC., a Washington corporation,<br>　　　　　　　Defendant. | NO. 2:08-cv-01412—RSL<br><br>**ORDER STAYING PROCEEDINGS PENDING DISMISSAL** |

Based on the stipulation of the parties, the Court orders as follows:

1.　　All proceedings in this matter are stayed until July 15, 2009;

2.　　Not later than July 15, 2009, the parties are to file a dismissal with prejudice; Provided, that upon the earlier filing of a motion or other filing, this stay will automatically be lifted and entry of dismissal deferred.

Signed this 6th day of April, 2009 at Seattle, Washington.

　　　　　　　　　　_/s/ Robert S. Lasnik_
　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　United States District Judge

**ORDER STAYING PROCEEDINGS PENDING DISMISSAL**—PAGE 1 OF 2
[NO. 2:08-CV-1412]

SIMBURG, KETTER,
SHEPPARD & PURDY, LLP
999 THIRD AVENUE, SUITE 2525
SEATTLE, WASHINGTON 98104
(206) 382-2600
FAX (206) 223-3929

Presented by:

SIMBURG, KETTER, SHEPPARD & PURDY, LLP

/s/Melvyn J. Simburg
Melvyn J. Simburg, WSBA #4773
Andrew D. Shafer, WSBA # 9405
Attorneys for Plaintiff

Approved as to form;
Notice of presentation waived:

BYRNES & KELLER, LLP

/s/Paul Taylor
Paul Taylor, WSBA # 14851,
Attorney for Defendant

SIMBURG, KETTER,
SHEPPARD & PURDY, LLP
999 THIRD AVENUE, SUITE 2525
SEATTLE, WASHINGTON 98104
(206) 382-2600
FAX (206) 223-3929